**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Maurillio CORIA–JIMENEZ,**
**Defendant–Appellant.**

**No. 99–30257.**
**D.C. No. CR–99–00293–JCC.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 9, 2001.[1]

Decided April 19, 2001.

Before CANBY, KOZINSKI, and RYMER, Circuit Judges.

## MEMORANDUM [2]

Maurillio Coria–Jimenez appeals the 40–month sentence imposed following his guilty plea to illegal reentry in violation of 8 U.S.C. § 1326(a). Citing *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), Coria–Jimenez contends that the district court committed plain error by imposing, based on prior aggravated felony convictions not alleged in the information, a sentence in excess of § 1326(a)'s two-year statutory maximum. This argument is foreclosed by *United*

---

**1.** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**2.** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

*States v. Pacheco–Zepeda,* 234 F.3d 411 (9th Cir.2000), *amended* (Feb. 8, 2001) (order).

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.